Robert A. Van Kirk (*pro hac vice* appl. forthcoming)
John S. Williams (*pro hac vice* appl. forthcoming)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029
E-mail:       rvankirk@wc.com
                 jwilliams@wc.com

James McManis (40958)
William Faulkner (83385)
Christine Peek (234573)
**McMANIS FAULKNER**
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
E-mail:       cpeek@mcmanislaw.com

*Attorneys for Plaintiff*
*Lockheed Martin Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACEWORLD HOLDINGS PTY LTD.; AMB PROPERTY (PROVIDENCE) PTY LTD.; IVORYROSE HOLDINGS PTY LTD., as Trustee for THE ASHFORTH SUPERANNUATION FUND; HOPERIDGE ENTERPRISES PTY LTD., as Trustee for the JONES FAMILY TRUST; TFW CORPORATE PTY LTD.; KHAKI INVESTMENTS PTY LTD.; MARBRUCK INVESTMENTS, LLC; MICHAEL F. ASHFORTH; KEMPER B. SHAW; and JAMES D. TAYLOR,<br><br>Defendants. | Case No. _____<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Plaintiff Lockheed Martin Corporation ("Lockheed Martin") by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rules 7-10 and 65-1, hereby applies, ex parte, for a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue against Defendants AMB Property (Providence) Pty Ltd.; Ivoryrose Holdings Pty Ltd., as Trustee for The Ashforth Superannuation Fund; and Michael F. Ashforth (collectively, the "AMB Defendants"); Aceworld Holdings Pty Ltd.; Khaki Investments Pty Ltd.; Marbruck Investments, LLC; TFW Corporate Pty Ltd.; Kemper B. Shaw; and James D. Taylor (collectively, the "Marbruck Defendants"); and Hoperidge Enterprises Pty Ltd., as Trustee for the Jones Family Trust ("Hoperidge") and their affiliates, officers, directors, shareholders, employees, and any other persons who are in active concert or participation with them.

In light of the immediate and irreparable harm Plaintiff faces, as explained in its Verified Complaint for Declaratory Judgment and Injunctive Relief and its Memorandum of Points and Authorities submitted in support of this Application, Lockheed Martin asks this Court to, on an ex parte basis and without notice to Defendants:

(a) Temporarily and immediately enjoin Defendants and any of their affiliates, officers, directors, shareholders and employees, whether acting directly or indirectly, from filing claims against Lockheed Martin, its affiliates, officers or employees, relating to Defendants' investments in Collinear Networks, Inc. ("Collinear") in a jurisdiction other than one in the United States;

(b) Temporarily and immediately enjoin Defendants and any of their affiliates, officers, directors, shareholders and employees, whether acting directly or indirectly, from seeking declaratory or injunctive relief in a foreign forum to limit or foreclose Lockheed Martin's litigation in the United States that the proper forum for any dispute with Defendants relating to their investments in Collinear is the United States.

This Application is based on (1) the accompanying Plaintiff's Memorandum of Points and Authorities in Support of Its Ex Parte Application for a Temporary Restraining Order Without

Notice and Order to Show Cause Why Preliminary Injunction Should Not Issue ("Memorandum of Points and Authorities"); (2) the Verified Complaint for Declaratory Relief and Injunctive Relief; (3) the exhibits thereto, including the Declarations of William Blair and Stanley Gustafson; (4) the Certification of Counsel Robert A. Van Kirk; (5) the [Proposed] Order; and any other written or oral evidence or argument presented before or at the time this Application is heard by the Court.

As detailed in its Memorandum of Points and Authorities, Lockheed Martin satisfies the standard for issuance of a TRO under both the anti-suit injunction test articulated by the Ninth Circuit in *E. & J. Gallo Winery v. Andina Licores S.A.*, 446 F.3d 984 (9th Cir. 2006), and the traditional test for preliminary injunctive relief and temporary restraining orders articulated by the Supreme Court in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008).

In addition, as set forth in its Memorandum of Points and Authorities, its Verified Complaint, and the Certification of Counsel Robert A. Van Kirk, Lockheed Martin should be granted a TRO without notice to Defendants because notification risks depriving Lockheed Martin of its ability to seek the relief it requests in this Court. Lockheed Martin has therefore provided facts that clearly show "that immediate and irreparable injury, loss, or damage will result to [Lockheed Martin] before the adverse party can be heard in opposition," as well as counsel's certification of the reasons why notice should not be required, in satisfaction of the requirements of Federal Rule of Civil Procedure 65(b)(1) for ex parte relief. *Ratto Bros. v. Golden Rule Produce, Inc.*, No. 19-CV-01964-LHK, 2019 WL 1644398, at *2 (N.D. Cal. Apr. 16, 2019) (quoting Fed. R. Civ. Pro. 65(b)(1)).

| | |
|---|---|
| Dated: July 16, 2019 | Respectfully submitted, |

            By: /s/ Christine Peek
               Christine Peek (234573)
               James McManis (40958)
               William Faulkner (83385)
               **McMANIS FAULKNER**
               a Professional Corporation
               50 West San Fernando Street, 10th Floor
               San Jose, California 95113
               Telephone: (408) 279-8700
               Facsimile: (408) 279-3244
               E-mail: cpeek@mcmanislaw.com

               Robert A. Van Kirk (*pro hac vice* appl. forthcoming)
               John S. Williams (*pro hac vice* appl. forthcoming)
               **WILLIAMS & CONNOLLY LLP**
               725 12th Street, N.W.
               Washington, D.C. 20005
               Telephone: (202) 434-5000
               Facsimile: (202) 434-5029
               E-mail: rvankirk@wc.com
                     jwilliams@wc.com

               *Attorneys for Plaintiff*
               *Lockheed Martin Corporation*