# Exhibit 2

IN THE ROYAL COURT OF GUERNSEY
ORDINARY COURT

BETWEEN:

| | |
|---|---|
| (1) | CARLYLE CAPITAL CORPORATION LIMITED (IN LIQUIDATION) |
| (2) | ALAN JOHN ROBERTS, NEIL MATHER, CHRISTOPHER MORRIS, ADRIAN JOHN DENIS RABET, solely in their capacity as Joint Liquidators of Carlyle Capital Corporation Limited (In Liquidation) |

<u>Plaintiffs</u>

AND

| | |
|---|---|
| (1) | WILLIAM ELIAS CONWAY JR |
| (2) | JAMES H. HANCE JR |
| (3) | JOHN CRUMPTON STOMBER |
| (4) | MICHAEL J. ZUPON |
| (5) | ROBERT BARCLAY ALLARDICE III |
| (6) | HARVEY JAY SARLES |
| (7) | JOHN LEONARD LOVERIDGE |
| (8) | CARLYLE INVESTMENT MANAGEMENT LLC |
| (9) | TC GROUP LLC |
| (10) | TCG HOLDINGS LLC |

<u>Defendants</u>

# ORDER

## PENAL NOTICE

IF ANY OF THE DEFENDANTS DISOBEY THIS ORDER THEY MAY BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE FINED OR HAVE THEIR ASSETS SEIZED.

IF ANY OF THE DEFENDANTS DISOBEY THIS ORDER THEN THEIR DIRECTORS MAY BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED.

ANY OTHER PERSON WHO KNOWS OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS THE DEFENDANTS TO BREACH THE TERMS OF THIS ORDER MAY BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED.

Upon the hearing of the Plaintiffs' application dated 4 October 2011 ("the Application")

JMW/P18040001/6141007.2

2.

And upon reading the Third Affidavit of Alan John Roberts sworn on 4 October 2011 and the Fourth Affidavit of Alan John Roberts sworn on 6 October 2011 and the Plaintiffs' skeleton argument dated 4 October 2011 in support of the Application

And upon hearing Advocate J M Wessels for the Plaintiffs

And whereas the Eighth to Tenth Defendants have not yet been served with this Application and this Order was made in their absence

And upon the Plaintiffs undertaking to:

(A)   As soon as practicable serve this Order on the Eighth to Tenth Defendants by sending this Order together with the Application and the evidence served in support to the Defendants' Advocates namely Ogier of Ogier House, St Julian's Avenue, St Peter Port, Guernsey, GY1 1WA;

(B)   Pay to the Eighth to Tenth Defendants any damages which the Defendants may sustain as a result of this Order and which the Court considers the Plaintiffs should pay.

IT IS ORDERED THAT:

1.   In this Order "the Proceedings" means the Complaint dated 29 December 2010 issued by the Eighth to Tenth Defendants against the Plaintiffs in the Court of Chancery of the State of Delaware seeking, inter alia, an injunction enjoining the Plaintiffs from pursuing any litigation with respect to the Investment Management Agreement against them in any jurisdiction other than Delaware, the renewed Motion for Preliminary Injunctive relief issued by the Eighth to Tenth Defendants against the Plaintiffs in the Delaware Court of Chancery dated 17 August 2011 and a Motion for Summary Judgment dated 26 August 2011 seeking a permanent anti suit injunction all under reference C.A. No. 6099-CS.

2.   The Plaintiffs have permission to serve this Order and the Application and the evidence served in support on the Eighth to Tenth Defendants by sending the same to their Advocates namely Ogier of Ogier House, St Julian's Avenue, St Peter Port, Guernsey, GY1 1WA.

3.   There shall be a further hearing of this Application on 28th October 2011. at 10 AM

4.   Until further order the Eighth to Tenth Defendants shall not pursue, or take any further steps in, or procure or assist the pursuit of, the Proceedings, by themselves, their directors, their employees, officers or agents.

JMW/P18040001/6141007.2

3.

5.    By no later than 12 noon (US Eastern time) on Monday, 10 October 2011, the Eighth to Tenth Defendants shall withdraw or otherwise terminate their Motion for Preliminary Injunctive Relief filed in the Proceedings dated 17 August 2011 and shall withdraw their Motion for Summary Judgment filed in the Proceedings dated 26 August 2011 but shall be at liberty to restore such motions in the event this Order is discharged.

6.    Until further order the Eighth to Tenth Defendants shall not commence or pursue or procure or assist the commencement or pursuit of, any further proceedings in any Court or Tribunal other than the Royal Court of Guernsey which seek to restrain, require the termination or, impose sanctions upon, or otherwise interfere with the Plaintiffs' pursuit of the Appeal to the Court of Appeal for Guernsey commencing on 30 January 2012 and/or this Action.

7.    The Eighth to Tenth Defendants shall not commence or pursue or procure or assist the commencement or pursuit of, any motion, application, claim or proceedings which seeks to restrain, require the termination or, impose sanctions upon, or otherwise interfere with the pursuit of this Application, the Appeal to the Court of Appeal for Guernsey commencing on 30 January 2012 and/or this Action, by the Plaintiffs until further order.

**AND IT IS ORDERED THAT**

8.    A Defendant which is a corporation and which is ordered not to do something must not do it by itself or by its directors, officers, employees, agents or in any other way.

9.    The costs of this Application be reserved.

10.   The parties shall have liberty to apply or vary or discharge this order.

11.   Any application by the Eighth to Tenth Defendant to set aside or vary this Order may only be made after at least 48 hours notice has been given to the Plaintiffs' Advocates.

      As this Order was made without notice, the Eighth to Tenth Defendants have a right to apply to set aside or vary it.

Dated this 7th day of October 2011

..............................
Judge Finch