| | |
|---|---|
| Robert A. Van Kirk (*pro hac vice* appl. forthcoming) <br> John S. Williams (*pro hac vice* appl. forthcoming) <br> **WILLIAMS & CONNOLLY LLP** <br> 725 Twelfth Street, N.W. <br> Washington, DC 20005 <br> Telephone:   (202) 434-5000 <br> Facsimile:   (202) 434-5029 <br> E-mail:      rvankirk@wc.com <br>              jwilliams@wc.com | James McManis (40958) <br> William Faulkner (83385) <br> Christine Peek (234573) <br> **McMANIS FAULKNER** <br> a Professional Corporation <br> 50 West San Fernando Street, 10th Floor <br> San Jose, California 95113 <br> Telephone:   (408) 279-8700 <br> Facsimile:   (408) 279-3244 <br> E-mail:      cpeek@mcmanislaw.com |

*Attorneys for Plaintiff*
*Lockheed Martin Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACEWORLD HOLDINGS PTY LTD.; AMB PROPERTY (PROVIDENCE) PTY LTD.; IVORYROSE HOLDINGS PTY LTD., as Trustee for THE ASHFORTH SUPERANNUATION FUND; HOPERIDGE ENTERPRISES PTY LTD., as Trustee for the JONES FAMILY TRUST; TFW CORPORATE PTY LTD.; KHAKI INVESTMENTS PTY LTD.; MARBRUCK INVESTMENTS, LLC; MICHAEL F. ASHFORTH; KEMPER B. SHAW; and JAMES D. TAYLOR, <br><br> Defendants. | Case No. _____ <br><br> **CERTIFICATE OF COUNSEL ROBERT A. VAN KIRK FOR PURPOSES OF RULE 65(b)(1)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

FED. R. CIV. P. 65(b)(1)(B) CERTIFICATE OF COUNSEL

Undersigned counsel represents Plaintiff Lockheed Martin Corporation ("Lockheed Martin") in this action that seeks, inter alia, a temporary restraining order and an order to show cause why a preliminary injunction should not issue against Defendants AMB Property (Providence) Pty Ltd.; Ivoryrose Holdings Pty Ltd., as Trustee for The Ashforth Superannuation Fund; and Michael F. Ashforth (collectively, the "AMB Defendants"); Aceworld Holdings Pty Ltd.; Khaki Investments Pty Ltd.; Marbruck Investments, LLC; TFW Corporate Pty Ltd.; Kemper B. Shaw; and James D. Taylor (collectively, the "Marbruck Defendants"); and Hoperidge Enterprises Pty Ltd., as Trustee for the Jones Family Trust ("Hoperidge"). Defendants own stock in Collinear Networks, Inc. ("Collinear"), and have threatened to sue Lockheed Martin in Australia for its alleged involvement in alleged misrepresentations by Collinear.

Lockheed Martin has not attempted to provide notice to the Defendants. Pursuant to Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure, undersigned counsel certifies that notice should not be required because, upon receiving notice, Defendants are likely to move for an "anti-anti-suit injunction" in an Australian court to foreclose Lockheed Martin from seeking relief in this action before this Court has an opportunity to render a decision in this matter. Such an injunction could prevent Lockheed Martin from continuing any effort to seek temporary and immediate relief in this Court, as well as potentially permanently deprive Lockheed Martin of the right to enforce the forum-selection clause that governs any claims Defendants seek to bring in connection with their investments in Collinear. It would also prevent any United States court from determining the applicability of contractual clauses signed by Defendants that call for the exclusive jurisdiction of courts in the United States.

Defendants' recent conduct indicates that they will seek such relief in Australia if they are advised of the pendency of Lockheed Martin's Ex Parte Application for Temporary Restraining Order Without Notice and Order To Show Cause Why Preliminary Injunction Should Not Issue. In recent discussions with Lockheed Martin, Defendants' representative has emphasized that Defendants will initiate litigation unless Lockheed Martin agrees to invest at the level they have demanded, and that any such litigation will take place in Australia. These threats have been

communicated orally and in writing, and are attested to in the declarations of William Blair and Stanley Gustafson, both of which are attached to Lockheed Martin's Verified Complaint as Exhibits E and F.

Dispensing with the notice requirement in this case would prevent Defendants from foreclosing Lockheed Martin's opportunity to seek enforcement of a valid forum-selection cause pending a further hearing.

Dated: July 16, 2019

*(signature)*
Robert A. Van Kirk

*Attorney for Plaintiff*
*Lockheed Martin Corporation*