| | |
|---|---|
| Robert A. Van Kirk (*pro hac vice* appl. forthcoming)<br>John S. Williams (*pro hac vice* appl. forthcoming)<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone:   (202) 434-5000<br>Facsimile:    (202) 434-5029<br>E-mail:        rvankirk@wc.com<br>                    jwilliams@wc.com | James McManis (40958)<br>William Faulkner (83385)<br>Christine Peek (234573)<br>**McMANIS FAULKNER**<br>a Professional Corporation<br>50 West San Fernando Street, 10th Floor<br>San Jose, California 95113<br>Telephone:   (408) 279-8700<br>Facsimile:    (408) 279-3244<br>E-mail:        cpeek@mcmanislaw.com |

*Attorneys for Plaintiff*
*Lockheed Martin Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>ACEWORLD HOLDINGS PTY LTD.; AMB PROPERTY (PROVIDENCE) PTY LTD.; IVORYROSE HOLDINGS PTY LTD., as Trustee for THE ASHFORTH SUPERANNUATION FUND; HOPERIDGE ENTERPRISES PTY LTD., as Trustee for the JONES FAMILY TRUST; TFW CORPORATE PTY LTD.; KHAKI INVESTMENTS PTY LTD.; MARBRUCK INVESTMENTS, LLC; MICHAEL F. ASHFORTH; KEMPER B. SHAW; and JAMES D. TAYLOR,<br><br>           Defendants. | Case No. _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

[PROPOSED] ORDER

Having considered the papers filed and arguments presented in connection with Plaintiff Lockheed Martin Corporation's ("Lockheed Martin") Ex Parte Application for Temporary Restraining Order Without Notice and Order to Show Cause Why Preliminary Injunction Should Not Issue, the Court finds as follows:

1. Plaintiff has good cause for seeking relief on an ex parte basis and without notice to Defendants;

2. The parties and issues are the same in the present action and in future actions Defendants may seek to initiate in a foreign forum;

3. Defendants' initiation of any litigation in a foreign forum, including any effort to enjoin Lockheed Martin from pursuing declaratory or injunctive relief in this action, would frustrate the policy of the courts of the United States and this Court's jurisdiction;

4. This dispute between two private entities does not impact comity; and

5. Plaintiff will be irreparably harmed if enjoined by Defendants from seeking relief in the United States, or if forced to incur the burden and expense of litigating in a jurisdiction outside of the United States.

IT IS THEREFORE ORDERED THAT Defendants AMB Property (Providence) Pty Ltd.; Ivoryrose Holdings Pty Ltd., as Trustee for The Ashforth Superannuation Fund; and Michael F. Ashforth (collectively, the "AMB Defendants"); Aceworld Holdings Pty Ltd.; Khaki Investments Pty Ltd.; Marbruck Investments, LLC; TFW Corporate Pty Ltd.; Kemper B. Shaw; and James D. Taylor (collectively, the "Marbruck Defendants"); and Hoperidge Enterprises Pty Ltd., as Trustee for the Jones Family Trust ("Hoperidge," and collectively with the AMB Defendants and Marbruck Defendants, "Defendants") and their affiliates, officers, directors, shareholders, employees, and any other persons who are in active concert or participation with them, whether acting directly or indirectly, in the United States or abroad, shall not file claims or initiate litigation against Lockheed Martin, its affiliates, officers, directors or employees, relating to the Defendants' investments in Collinear Networks, Inc. ("Collinear") in a jurisdiction other than one

in the United States until this Court issues its decision on Lockheed Martin's request for preliminary injunctions.

IT IS FURTHER ORDERED THAT Defendants and their affiliates, officers, directors, shareholders, employees, and any other persons who are in active concert or participation with them, whether acting directly or indirectly, in the United States or abroad, shall not seek to enjoin in a foreign tribunal Lockheed Martin from either (i) securing the anti-suit injunctive relief ordered in this Order or (ii) securing any available relief in United States courts regarding potential claims against Lockheed Martin relating to the Defendants' investments in Collinear until this Court issues its decision on Lockheed Martin's request for preliminary injunctions.

IT IS FURTHER ORDERED THAT:

1. Defendants shall show cause before the Honorable _____, Judge of the above-entitled Court, on _____, 2019 at _____, or as soon thereafter as the parties may be heard, in Courtroom _____ located in the Robert F. Peckham Federal Building Courthouse at 280 South 1st Street, San Jose, CA 95113, concerning why a preliminary injunction should not issue against Defendant enjoining it, pending the final hearing and determination of this action, from such activities as is described in the paragraphs above and as Defendant has been temporarily enjoined from.

2. Plaintiff, or its authorized agents, is directed to serve a copy of this Order upon Defendants by _____ a.m./p.m. on _____ 2019, which shall constitute sufficient service of process thereof;

3. Defendants shall have until _____ a.m./p.m. on _____ 2019, to file with this Court and serve on Lockheed Martin's counsel, John S. Williams, Williams & Connolly LLP, 725 12th Street, N.W., Washington, DC  20005, any points of authorities, affidavits or declarations, or other evidence in opposition to the Order to Show Cause Regarding Preliminary Injunction;

4. Plaintiff shall have until _____ a.m./p.m. on _____ 2019, to file with this Court and serve on Defendants' counsel any points of authorities, affidavits or declarations, or other evidence in support of the Order to Show Cause Regarding Preliminary Injunction;

5. This Order shall expire on its own terms on the _____ of _____ 2019, at the hour of _____, unless further extended by Order of this Court; and

6. For good cause shown and upon written application to the Court, this Order may be extended for a longer period determined by the Court.

SO ORDERED THIS _____ day of July, 2019, at _____ a.m./p.m.

_____
U.S. District Judge

[PROPOSED] ORDER